J-S43025-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| v. | |
| EDGARDO DELVALLE-RIVERA | |
| Appellant | No. 1435 MDA 2015 |

Appeal from the Order July 27, 2015
In the Court of Common Pleas of Berks County
Criminal Division at No(s): CP-06-CR-0001795-2012
CP-06-CR-002495-2012

BEFORE:  GANTMAN, P.J., PANELLA, J., and JENKINS, J.

JUDGMENT ORDER BY PANELLA, J.                 **FILED AUGUST 15, 2016**

Appellant, Edgardo Delvalle-Rivera, who failed to file a direct appeal from his judgment of sentence and thereafter failed to timely avail himself of the Post Conviction Relief Act (PCRA),[1] appeals *pro se* from the order of the Court of Common Pleas of Berks County, which denied his *pro se* "Motion to Modify and Correct Illegal Sentence *Nunc Pro Tunc*." In the motion, Delvalle-Rivera requested that the trial court vacate his judgment of sentence based on his contention that he is serving an illegal sentence. **See** "Motion to Modify and Correct Illegal Sentence *Nunc Pro Tunc*," 7/24/15, at 3-8. The trial court did not treat this motion as a PCRA petition; however, it should

_____

[1] 42 Pa.C.S.A. §§ 9541-9546.

have. *See* 42 Pa.C.S.A. § 9542; *Commonwealth v. Eller*, 807 A.2d 838, 842 (Pa. 2002); *Commonwealth v. Hall*, 771 A.2d 1232, 1235 (Pa. 2001).

In this Court's June 29, 2016 order, we noted that it is unclear from the record whether Delvalle-Rivera is indigent. *See Commonwealth v. Delvalle-Rivera*, 1435 MDA 2015, at 1 (Pa. Super., filed June 29, 2016) (order). We remanded to the trial court to make this determination, on the basis that if Delvalle-Rivera is indigent, he is entitled to the appointment of counsel. *See id*.; *see also* Pa.R.Crim.P. 940(C) ("When an unrepresented defendant satisfies the judge that the defendant is unable to afford or otherwise procure counsel, the judge shall appoint counsel to represent the defendant on the defendant's first petition for [PCRA] relief."). Following a hearing, the court determined that Delvalle-Rivera is indigent. *See Commonwealth v. Delvalle-Rivera*, 1435 MDA 2015, at 1 (Berks Comm. Pl., filed July 15, 2016) (order).

We remand to the trial court for the appointment of counsel. Appointed counsel shall review the record and either file an amended PCRA petition or move to withdraw pursuant to *Commonwealth v. Turner*, 544 A.2d 927 (Pa. 1988), and *Commonwealth v. Finley*, 550 A.2d 213 (Pa. Super. 1988) (*en banc*).

Order vacated. Case remanded for proceedings consistent with this judgment order. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 8/15/2016